## Commonwealth *v.* Wiseman, Appellant.

Submitted March 8, 1971. *Harry L. Mc-Neal, Jr.,* Assistant Public Defender, for appellant; *Gary M. Gilbert,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth ex rel. Bianchini *v.* Bianchini, Appellant.

Submitted March 15, 1971. *Alex Bonavitacola,* and *Robinson, Greenberg, Lipman, Kattleman & Bonavitacola,* for appellant; *Allan Kaufman,* for appellee.

Order affirmed.

## Commonwealth ex rel. Hering *v.* Hering, Appellant.

Argued March 19, 1971. *Charles F. Mayer,* for appellant; *Arthur Levy,* with him *Levy and Levy,* for appellee.

Order affirmed.

MONTGOMERY, J., would reverse the last order of the lower court, which increased, the allowance, and would restore the original order of $400 per week for the wife and children.

HOFFMAN, J., absent.